# UNITED STATES BANKRUPTCY COURT[SIC]
# SOUTHERN DISTRICT OF NEW YORK[SIC]

In re:                                               Case No. 10-38976[sic]

    JEFFREY C. BURFEINDT[sic]

                                                     Chapter 7

                       Debtor[sic]

## NOTICE OF MOTION TO RESET/STAY PROCEEDINGS

Debtor[sic], JEFFREY C. BURFEINDT[sic] do hereby request this court to reset/stay proceedings (dates for the filing of documents, meetings, etc.) scheduled pursuant to Federal Rules of Civil Procedure Rule 7(b)

Debtor[sic], is under the care of a therapist who has referred Debtor to a Medical Doctor for evaluation. Therefore until the medical evaluation is completed Debtor requests that this court reset/stay proceedings for a minimum of thirty (30) days or a date this court may deem just and proper. Debtor[sic] reserves the right to (amend) correct all additions and/or deletions of this publication herein and throughout without leave of any court at any time necessary.

Dated this 30th day of Jan. 2011

                                                  _____
                                                  JEFFREY C BURFEINDT[sic]    [Debtor[sic]]
                                                                                                  c/o: In Tech
                                                                            1830 South Road-Ste 24
                                                            Wappingers Falls, New York.

FILED
U.S. BANKRUPTCY COURT
2011 FEB -3 P 4: 48
POUGHKEEPSIE, NY