# Notice Recipients

District/Off: 0208–4          User: aaustin          Date Created: 4/21/2011

Case: 10–38976–cgm          Form ID: hrg23          Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db | Jeffrey C. Burfeindt | c/o In Tech | 1830 South Road | Ste. 24 | Wappingers Falls, NY 12590 |
| tr | Paul L. Banner | 515 Haight Avenue | Second Floor | Suite A | Poughkeepsie, NY 12603 |

TOTAL: 2